IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN SUMMERHILL<br><br>Plaintiff<br><br>v.<br><br>REDLINE RECOVERY SERVICES, LLC<br><br>Defendant | CIVIL ACTION<br><br>NO: 3:09-cv-2194<br><br>JURY TRIAL DEMANDED<br><br>**NOTICE OF DISMISSAL**<br>**ELECTRONICALLY FILED** |

## NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

TO THE CLERK OF COURTS:

     Kindly dismiss the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

          Respectfully submitted,

          **KELLEY & POLISHAN, LLC**

          S/PATRICK WALSH
          PATRICK WALSH, ESQUIRE(PA 87931)
          259 S. KEYSER AVE.
          OLD FORGE, PA 18518
          PHONE: (570) 562-4520
          FAX: (570) 562-4531

          Email: pwalsh@kelleypolishanlaw.com
          **ATTORNEY FOR PLAINTIFF**
          **KATHLEEN SUMMERHILL**